# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY COVINGTON

VERSUS

CLARK SAND CO., INC.; CLEMCO
INDUSTRIES CORPORATION F/K/A CLEMCO
SERVICES CORP.; DEPENDABLE
ABRASIVES, INC.; E.D. BULLARD
COMPANY; EMPIRE ABRASIVE EQUIPMENT
COMPANY, L.P.; LEHIGH HANSON, INC.
(A SUBSIDIARY OF HEIDELBERG CEMENT
GROUP) F/K/A HANSON AGGREGATES,
INC. F/K/A HANSON AGGREGATES
CENTRAL, INC. F/K/A PIONEER SOUTH
CENTRAL, INC. F/K/A PIONEER
CONCRETE OF TEXAS, INC.; INGERSOLL-
RAND CORPORATION; LEROI COMPRESSOR
A/K/A ROTARY COMPRESSION
TECHNOLOGIES; 3M COMPANY; RUEMELIN
MANUFACTURING CO., INC.; SANSTORM,
INC.; BOB SCHMIDT MANUFACTURING,
INC.; SOUTHERN SILICA OF LOUISIANA,
INC.; SPECIALTY SAND COMPANY;
SULLAIR COMPRESSOR CORPORATION; AND
TXI OPERATIONS, L.P.

NO. 2023 CW 1325

**JANUARY 18, 2024**

---

In Re:    Empire Abrasive Equipment Company, L.P., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 649436.

---

**BEFORE:    GUIDRY,C.J, CHUTZ AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include a copy of the judgment complained of in violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal. Relator did not include a judgment on the motion for summary judgment at issue filed by it; instead, the included judgment only references the motion for summary judgment filed by Clemco Industries Corporation. There is no reference to relator's motion for summary judgment in the judgment or court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT